IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-683-MEF |
| | ) | |
| BISWAS, *et al.*, | ) | (WO- Do Not Publish) |
| | ) | |
| Defendant. | ) | |

### FINAL JUDGMENT

Pursuant to the Consent Decree (Doc. # 49) filed by the parties and signed by the undersigned on February 3, 2011, it is hereby ORDERED that the case is DISMISSED. The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 7th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE